## BRADLEY v. COMMONWEALTH.

(Decided November 18, 1930.)

James & Hobson and W. W. Williams for movant.

J. W. Cammack, Attorney General (Douglas C. Vest, of Counsel), for appellee.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $500 and 6 months in jail.

Appeal denied; judgment affirmed.

## TRIPLETT v. FLAUGHER.

(Decided November 18, 1930.)

John M. Theobold for movant.

Glenn E. Miller and Miller & Counts opposed.

PER CURIAM. Judgment for $400 in an action on note.

Appeal denied; judgment affirmed.

## CORNETT v. COMMONWEALTH.

(Decided November 21, 1930.)

H. E. Hay, and E. B. Rose for movant.

J. W. Cammack, Attorney General, (Howard Smith Gentry, of Counsel), for the appellee.

PER CURIAM. Judgment of conviction for shooting and wounding in sudden heat and passion, imposing a fine of $500 and 6 months in jail.

·Appeal denied; judgment affirmed.